# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **PETER PEDERSEN,**<br>      Plaintiff, | Civil Action No. 6:22-cv-00927 |
| v. | |
| **ZENDESK, INC.,**<br>      Defendant | JURY TRIAL DEMANDED |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, Peter Pedersen, ("Plaintiff") discloses that it has no parent corporation, and there is no publicly held corporation that owns 10% or more of any stock. Plaintiff shows as follows:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1. Peter Pedersen
2. Ramey LLP

DATED: September 9, 2022            Respectfully submitted,

**Ramey LLP**

By: */s/ William P. Ramey, III*
    William P. Ramey, III
    Texas Bar No. 24027643
    5020 Montrose Blvd., Suite 800
    Houston, Texas 77006
    (713) 426-3923 (telephone)
    (832) 900-4941 (fax)
    wramey@rameyfirm.com

*Attorneys for Peter Pedersen*